# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 15-1360V
### (Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                      *
MICHELLE LEON,                        *
                                      *
              Petitioner,             *      Filed: August 15, 2016
                                      *
       v.                             *      Decision by Stipulation; Influenza
                                      *      Vaccine; Guillain-Barre Syndrome (GBS)
SECRETARY OF HEALTH AND               *
HUMAN SERVICES                        *
                                      *
              Respondent.             *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION

**HASTINGS,  Special Master**.

This is an action seeking an award under the National Vaccine Injury Compensation Program[1] on account of an injury suffered by Michelle Leon.  On August 15, 2016, counsel for both parties filed a Stipulation, stipulating that a decision should be entered granting compensation.  The parties have stipulated that Petitioner shall receive the following compensation:

- A lump sum of $65,000, in the form of a check payable to Petitioner, representing compensation for all damages that would be available under 42 U.S.C. §300aa-15(a).

Under the statute governing the Program, as well as the "Vaccine Rules" adopted by this court, the special master must now enter a decision endorsing that stipulation, and the clerk must enter judgment, in order to authorize payment of the award.  See § 300aa-12(d)(3)(A) and (e)(3); § 300aa-13(a); Vaccine Rules 10(a), 11(a).[2]

---

[1] The applicable statutory provisions defining the Program are found at 42 U.S.C. § 300aa-10 *et seq.* (2012 ed.). Hereinafter, for ease of citation, all "§" references will be to 42 U.S.C. (2012 ed.).

[2] The "Vaccine Rules of the United States Court of Federal Claims" are found in Appendix B of the Rules of the United States Court of Federal Claims.

I have reviewed the file, and based on that review, I conclude that the parties' stipulation appears to be an appropriate one. Accordingly, my decision is that a Program award shall be made to Petitioner in the amount set forth above. In the absence of a timely-filed motion for review of this Decision, the clerk shall enter judgment in accordance herewith.

**IT IS SO ORDERED.**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master